UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KOEHLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFRED KAHN,<br><br>　　　　Defendant. | Case No. 16-cv-07385 NC<br><br>**REQUEST FOR REASSIGNMENT AND REPORT AND RECOMMENDATION TO REMAND TO MONTEREY COUNTY SUPERIOR COURT**<br><br>Re: ECF 1, 5 |

　　　　Pro se defendant Alfred Kahn removed this unlawful detainer case to this court from Monterey County, California, Superior Court. On January 3, 2017, I ordered Kahn to show cause why this case should not be remanded to state Superior Court because the removal notice does not establish federal subject matter jurisdiction. ECF 5. The order explained that federal courts are courts of limited jurisdiction and the party invoking jurisdiction has the burden of establishing that a case belongs in federal court. ECF 5. Kahn was ordered to respond in writing by January 18, 2017, and was warned that if he failed to respond this case would be remanded to Superior Court.

　　　　Kahn has not responded to the order to show cause and has not established that federal subject matter jurisdiction is satisfied. Kahn also has not responded to the Court's request that he either consent or decline the jurisdiction of a magistrate judge under 28

Case No. 16-cv-07385 NC

U.S.C. § 636(c). Because I lack authority to remand this case without the jurisdictional consent of the parties, I request that the Clerk of Court REASSIGN this case to a U.S. District Court Judge. I RECOMMEND that the District Court Judge then promptly remand this case to Monterey County Superior Court for the reasons stated in the order to show cause and this order.

Any party may object to this order by filing an objection with the District Court Judge who will receive this case after reassignment. That objection must be filed within 14 days of service of this order. Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED.**

Dated:  February 6, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge